**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7401**

———————

BARKIN LATRON ALLAH SHABAZZ, a/k/a Frederick
L. Cabbagestalk,

                                          Plaintiff - Appellant,

         versus

MICHAEL MOORE; NFN WHITTLETON; TERRY BROOKS;
TONY STRAWHORN; BILL AUSTIN; MUTHBAR SABREE;
OMAR SHAHEED; L. F. BESSINGER, Warden of Kirk-
land Correctional Institution; V. JACKSON; A.
GALORDA, Lieutenant; OFFICER HUDSON; OFFICER
MCCLAINE; R. MULLER,

                                          Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Margaret B. Seymour, District Judge.
(CA-98-32514-24-AJ)

———————

Submitted:  February 24, 2000        Decided:  March 3, 2000

———————

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Barkin Latron Allah Shabazz, Appellant Pro Se.  Anthony William
Livoti, MCCUTCHEN, BLANTON, RHODES & JOHNSON, Columbia, South Caro-
lina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barkin Latron Allah Shabazz appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Shabazz v. Moore, No. CA-98-32514-24-AJ (D.S.C. Sept. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED